

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00439-CV

### IN THE INTEREST OF S.G.

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-01516
Honorable Raul Perales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are assessed against appellant.

SIGNED November 19, 2025.

_____
Adrian A. Spears II, Justice